# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH L. NASH

JUDGMENT IN A CIVIL CASE

v.

STATE OF WASHINGTON

CASE NUMBER: C08-5622RJB-JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The petition is TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.

|  |  |
|---|---|
| December 4, 2008 | BRUCE RIFKIN |
|  | Clerk |
|  |  |
|  | Jennie L. Patton |
|  | Deputy Clerk |